1

2

3

4                           IN THE UNITED STATES DISTRICT COURT

5                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    KEN MOOREHEAD,                                No. C 09-02182 SI

8              Plaintiff,                          **ORDER RE: MOTIONS**

9       v.

     SAFEWAY, INC.,
10
               Defendant.
11   _____/

12

13

14       On August 26, 2009, defendant Safeway filed a motion for a more definite statement of the

15   claims contained in pro se plaintiff Ken Moorehead's complaint, pursuant to Federal Rule of Civil

16   Procedure 12(e).  The motion is currently set for hearing on October 23, 2009.  Plaintiff filed a motion

17   for an extension of time to file an opposition and also sought leave to file an amended complaint

18   addressing the concerns defendant raised in its motion.

19
         The Court agrees with both Mr. Moorehead and Safeway that plaintiff should file an amended
20
     complaint, to address the issues raised by Safeway in its motion.  At present, the Court is unable to
21
     understand the complaint, or what exactly Mr. Moorehead is claiming.  Accordingly, Mr. Moorehead's
22
     request for leave to file an amended complaint is GRANTED, as is Safeway's motion for a more definite
23
     statement.  The hearing currently set for October 23, 2009 is hereby VACATED.  (Docket ## 20, 26,
24
     27)
25

26
         **Plaintiff must file his amended complaint by no later than October 30, 2009.**  The amended
27
     complaint must (1) state the basis for federal jurisdiction; (2) specifically identify the claims that
28

United States District Court
For the Northern District of California

plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks.

**IT IS SO ORDERED.**

Dated: October 13, 2009

_____
SUSAN ILLSTON
United States District Judge