

Telephone: 925.467.2422
Facsimile: 925.467.3214

**E-filed**

January 12, 2011

Honorable Maria-Elena James
Courtroom B, 15th Floor
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>Moorehead, Ken v. Safeway</u>—
U.S. District Court of CA, Northern District Case No. CV092182

Your Honor:

As discussed with your chambers, defendant Safeway Inc. proposes that the Settlement Conference in this matter—currently scheduled for January 28 at 10:00 a.m.—be continued until May 27 at 10:00 a.m. to permit defendant to obtain discovery from plaintiff *pro se*.

Very truly yours,

Theodore K. Bell
Senior Corporate Counsel
Legal Division, Trial Group

cc: Brenda Tolbert, Courtroom Deputy
    Honorable Richard Seeborg

IT IS SO ORDERED:

_____
Judge Maria-Elena James

Safeway Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229

Docket No. CV09-02182

PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court, at whose direction the service was made. My business address is 5918 Stoneridge Mall Road, Pleasanton, California 94588. On the date set forth below I served:

**Letter dated 1/12/11 to Honorable Maria-Elena James Requesting Continuance of January 28, 2011 Settlement Conference to May 27, 2011**

__X__ (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Pleasanton, California. I am readily familiar with the practice of Safeway Inc. for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

___ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

___ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Safeway Inc. for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

___ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed below.

___ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

- 1 -

PROOF OF SERVICE                                              Docket No. CV09-02182

1  __X__   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Said document was served on the following:

   Ken Moorehead
   34 Turk Street #351
   San Francisco, CA 94102

Executed on this 12th day of January 2011 at Pleasanton, California.

*Denise Passama*
_____
Denise Passama

PROOF OF SERVICE                                       Docket No. CV09-02182