1      **E-filed 5/6/11**

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11

12   KEN MOOREHEAD,                          No. C 09-2182 RS

13                Plaintiff,
         v.                                   **ORDER TO SHOW CAUSE WHY
14                                            ACTION SHOULD NOT BE
                                              DISMISSED**
15   SAFEWAY,

16                Defendant.
     _____/

17

18

19        Plaintiff Ken Moorehead has failed to respond to (1) written discovery propounded by

20   defendant, (2) the Court's order compelling responses to that discovery, and (3) defendant's motion

21   for sanctions based on those failures.  Moorehead also failed to appear at the hearing on the motion

22   for sanctions.  Accordingly, Moorehead is hereby ordered to appear and show cause, if any he has,

23   why this action should not be dismissed, on **Thursday, June 2, 2011, at 1:30 p.m.,** in Courtroom 3,

24   of the Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA.

25        Although defendant's motion for sanctions will be administratively terminated pending

26   further order, Moorehead is advised that the Court retains not only the option to dismiss this action

27   entirely based on his failure to participate in the litigation and to comply with court orders, but

28

United States District Court
For the Northern District of California

alternatively to impose sanctions against him, including monetary sanctions and orders that limit his claims and/or the evidence he is entitled to present at trial in support of those claims.

IT IS SO ORDERED.

Dated: 5/6/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Ken Moorehead
34 Turk Street, #351
San Francisco, CA 94102


DATED:  5/6/11


                                        /s/ Chambers Staff
                                        Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California