**\*\*E-filed  5/12/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN MOOREHEAD,<br><br>    Plaintiff,<br>v.<br><br>SAFEWAY,<br><br>    Defendant.<br>_____/ | No. C 09-2182 RS<br><br>**ORDER CHANGING DATE OF HEARING ON ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

The hearing previously set for Thursday, June 2, 2011 at which plaintiff must show cause why this action should not be dismissed, shall instead be held on **Thursday June 16, 2011, at 1:30 p.m.,** in Courtroom 3, of the Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA.

IT IS SO ORDERED.

Dated: 5/12/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Ken Moorehead
34 Turk Street, #351
San Francisco, CA 94102

DATED:  5/12/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg