**\*\*E-filed 6/17/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEN MOOREHEAD,   No. C 09-2182 RS
    Plaintiff,
  v.   **ORDER DISMISSING ACTION**

SAFEWAY,
    Defendant.
_____/

After plaintiff Ken Moorehead failed to respond to (1) written discovery propounded by defendant, (2) the Court's order compelling responses to that discovery, and (3) defendant's motion for sanctions based on those failures, and after he failed to appear at the hearing on the motion for sanctions, he was then ordered to appear and show cause why this action should not be dismissed. Moorehead filed a response acknowledging receipt of the order to show cause and stating that he would appear on the specified date and time. Moorehead thereafter filed three handwritten documents that were largely illegible. The few discernable words and phrases suggest the documents have little, if anything, to do with the subject matter of this action. Morehead did not appear for the hearing on the order to show cause. Accordingly, good cause appearing, this action is hereby dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 6/17/11

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Ken Moorehead
34 Turk Street, #351
San Francisco, CA 94102

DATED:  6/17/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg